**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**FEDOR KAPITULA**

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

-o0O0o-

| | |
|---|---|
| FEDOR KAPITULA, | No.   2:19-cv-00731-EFB |
|         Plaintiff, | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
|   v. | |
| Andrew Saul, COMMISSIONER OF SOCIAL SECURITY, | |
|         Defendant. | |
| _____/ | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 10, 2019.

This is a first extension, but made between the 45th and 60th day. It is based on plaintiff's counsel having several other briefs already due and will mean the motion is filed approximately 75 days after the filing of the record.

/////

[Pleading Title] - 1

Dated: November 18, 2019  /s/ *Jesse S. Kaplan*
JESSE S. KAPLAN
Attorney for Plaintiff


McGREGOR W. SCOTT
United States Attorney
DEBORAH LEE STACHEL
Regional Counsel, Region IX
Social Security Administration

Dated: November 18, 2019   */s/ per e-mail authorization*
ASIM MODI
Special Assistant U.S. Attorney
Attorney for Defendant

## ORDER

For good cause shown on the basis of this stipulation, the requested extension of plaintiff's time to file a motion for summary judgment brief is granted. Plaintiff shall file his motion for summary judgment by December 10, 2019.

SO ORDERED.

Dated: November 19, 2019.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE