**JESSE S. KAPLAN   CSB#103726**
**5441 Fair Oaks Bl. Ste. C-1**
**Carmichael, CA   95608**
**916/488-3030**
**916/489-9297 fax**

**Attorney for Plaintiff**
**FEDOR KAPITULA**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

-o0O0o-

| | |
|---|---|
| **FEDOR KAPITULA,** | No.   2:19-cv-00731-EFB |
| **Plaintiff,** | |
| | **STIPULATION AND [proposed] ORDER FOR EXTENSION OF TIME TO FILE PLAINTIFF'S MOTION FOR SUMMARY JUDGMENT** |
| **v.** | |
| **Andrew Saul, COMMISSIONER OF SOCIAL SECURITY,** | |
| **Defendant.** | |

IT IS HEREBY STIPULATED by and between the parties, through their respective undersigned attorneys, and with the permission of the Court, that plaintiff's time to file a motion for summary judgment is extended to December 13, 2019.

This is a second extension, of three days, made for two reasons: plaintiff's counsel mistakenly believed the due date to be December 12, not December 10, 2019, and has three prehearing briefs involving agency level cases due on December 10.

[Pleading Title] - 1

Dated:   December 10, 2019　　　　　　　　　　/s/    *Jesse S. Kaplan*
　　　　　　　　　　　　　　　　　　　　　　JESSE S. KAPLAN
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff


　　　　　　　　　　　　　　　　　　　　　　McGREGOR W. SCOTT
　　　　　　　　　　　　　　　　　　　　　　United States Attorney
　　　　　　　　　　　　　　　　　　　　　　DEBORAH LEE STACHEL
　　　　　　　　　　　　　　　　　　　　　　Regional Counsel, Region IX
　　　　　　　　　　　　　　　　　　　　　　Social Security Administration


Dated:   December 10, 2019　　　　　　　　　　 */s/ per e-mail authorization*
　　　　　　　　　　　　　　　　　　　　　　ASIM MODI
　　　　　　　　　　　　　　　　　　　　　　Special Assistant U.S. Attorney
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendant


## **ORDER**

　　　For good cause shown on the basis of this stipulation, the requested extension for plaintiff's time to file a motion for summary judgment brief is granted.  Plaintiff shall file his motion for summary judgment by December 13, 2019.

　　　SO ORDERED.

Dated:  December 12, 2019.

　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　EDMUND F. BRENNAN
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE